UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FLOYD FLUGENCE #401997** | **CASE NO. 6:19-CV-0839 SEC P** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **DARRYL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant habeas corpus petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 27th day of May, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE